**Electronically Filed
Supreme Court
SCWC-17-0000746
18-FEB-2021
08:05 AM
Dkt. 17 OGAC**

SCWC-17-0000746

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK TRUST, N.A.,
AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,
Petitioner/Plaintiff-Appellee,

vs.

PATRICK LOWELL VERHAGEN; PATRICK LOWELL VERHAGEN, TRUSTEE OF THE
PATRICK LOWELL VERHAGEN REVOCABLE TRUST DATED OCTOBER 29, 1999
Respondent/Defendant-Appellant,

and

WELLS FARGO BANK, N.A.,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000746; CIVIL NO. 16-1-0147(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Plaintiff-Appellee U.S. Bank Trust, N.A.,

as Trustee for LSF9 Master Participation Trust's application for

writ of certiorari filed on December 28, 2020, is hereby

accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, February 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins